UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA RUPE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-42
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 18.) Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

**IT IS SO ORDERED.**

9-15-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE