IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA RUPE,

    Plaintiff,

v.

                                            Case No. 2:16-cv-42
                                            Chief Judge Edmund A. Sargus, Jr.
                                            Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney fees and expenses in the amount of $3,020.00, is **GRANTED**. (ECF No. 24.) Accordingly, Plaintiff is **AWARDED** attorneys' fees, expenses, and costs in the amount of **$3,020.00**, payable to Plaintiff. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

    **IT IS SO ORDERED.**

12-5-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE